**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

SERICA HADNOT a/k/a )
SERICA RADFORD )
                      )
              PLAINTIFF, )     Case No. 17-cv-00655-TSB
           V. )
                      )
PTS OF AMERICA, LLC, et al. )
                      )
           DEFENDANTS. )

---

## ORDER

        Serica Hadnot ("Plaintiff"), having filed a motion to voluntarily dismiss with prejudice all

of her claims against PTS of America, LLC, Gerard Muldoon (incorrectly identified in the

Amended Complaint as "Gerald Muldoon") , Tonia Lee Coleman, Jim Neil, Hamilton County, OH

Sheriff, in his official and individual capacity, Jeff Carroll in his official and individual capacity,

John R. Layton, former Marion County, IN Sheriff, and Kerry J. Forestal current Marion County,

IN Sheriff in their official and individual capacity (hereinafter "Defendants"), the motion having

been unopposed, and this Court being sufficiently advised: **IT IS ORDERED** that Plaintiff's

motion is **GRANTED**; all claims and causes of action brought against Defendants are hereby

**DISMISSED WITH PREJUDICE.** JUDGMENT $TO BE DOCKETED BY THE CLERK.

        SO ORDERED this 12TH day of APRIL , 2019

                                  Timothy S. Black
                                  United States District Judge